

FILED
CLERK, U.S. DISTRICT COURT
APR 2 2 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. ARMEN M. KHACHKALYAN DEFENDANT(S). | CASE NUMBER SA16-186M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __April 27__, __2016__, at __2:00__ ☐a.m. / ☒p.m. before the Honorable __Gandhi__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __4/22/16__          _/s/ Karen E. Scott_
                              KAREN E. SCOTT
                              U.S. ~~District Judge~~/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                              Page 1 of 1